## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20479-JB

CARLOS BRITO,

    Plaintiff,

v.

GRI-EQY (AIRPARK PLAZA) LLC;
SUBWAY 25904 INC d/b/a SUBWAY;
CASA JUAN RESTAURANT, INC. d/b/a
CASA JUAN RESTAURANT; and MR
CACHAPA MIDTOWN LLC d/b/a SR. DE
LOS TACOS BLUE LAGOON,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, CARLOS BRITO, and Defendant, SUBWAY 25904 INC d/b/a SUBWAY,
hereby advise the Court that the parties have reached an agreement to settle the instant case. The
Parties will file a Stipulation dismissing this Action with prejudice no later than fourteen (14) days
from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all
currently set dates and deadlines in this case as to Defendant, SUBWAY 25904 INC d/b/a
SUBWAY, only.

Respectfully submitted this March 7, 2025.


*By:* /s/ *Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 689203
**THE LAW OFFICE OF RAMON
J. DIEGO, P.A.**
5001 SW 74th Court, Suite 103
Miami, FL 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com

*By: /s/ Daniel L. Leyton*
DANIEL L. LEYTON
Florida Bar No.: 0061824
**KRAVITZ, TALAMO & LEYTON**
7600 West 20th Avenue, Suite 213
Hialeah, Florida 33016
Telephone: (305) 558-5300
Emails: leyton@ktl-law.com
*Counsel for Defendant, Subway 25904, Inc.*

1

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this March 7, 2025.

Respectfully submitted,

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com


By: _/s/ Ramon J. Diego_____
        RAMON J. DIEGO

2