UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20479-JB

CARLOS BRITO,

    Plaintiff,

v.

GRI-EQY (AIRPARK PLAZA) LLC, *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff and Defendant Subway 25904 Inc's ("Defendant") Joint Stipulation of Dismissal With Prejudice. ECF No. [19]. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and Defendant. The Clerk is directed to **TERMINATE** Defendant from this case.

**DONE AND ORDERED** in Miami, Florida, this 13th day of March, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**