UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20479-JB

CARLOS BRITO,

    Plaintiff,

v.

GRI-EQY (AIRPARK PLAZA) LLC;
SUBWAY 25904 INC d/b/a SUBWAY;
CASA JUAN RESTAURANT, INC. d/b/a
CASA JUAN RESTAURANT; and MR
CACHAPA MIDTOWN LLC d/b/a SR.
DE LOS TACOS BLUE LAGOON,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff CARLOS BRITO and Defendants GRI-EQY (AIRPARK PLAZA) LLC, CASA JUAN RESTAURANT, INC. d/b/a CASA JUAN RESTAURANT, and MR CACHAPA MIDTOWN LLC d/b/a SR. DE LOS TACOS BLUE LAGOON, by and through their respective undersigned counsel, pursuant to S.D. Fla. L.R. 16.4, hereby jointly give notice that they have reached a settlement in principle of this action. The parties expect to submit appropriate settlement/dismissal papers within thirty (30) days.

[This space intentionally left blank. Signature blocks appear on following page.]

Dated: March 25, 2025                                    Respectfully submitted,

| | |
|---|---|
| *s/ Ramon J. Diego* | *s/ Adam S. Chotiner*[1] |
| Ramon J. Diego, Esq. | Adam S. Chotiner, Esq. |
| FL Bar No. 689203 | FL Bar No. 0146315 |
| E-Mail: rdiego@lawgmp.com | Shapiro, Blasi, Wasserman |
| Beverly Virues, Esq. | & Hermann, P.A. |
| E-Mail: bvirues@lawgmp.com | 7777 Glades Road, Suite 400 |
| Armando Mejias, Esq. | Boca Raton, FL 33434 |
| E-Mail: amejias@lawgmp.com | Tel: (561) 477-7800 |
| Garcia-Menocal P.L. | Fax: (561) 477-7752 |
| 350 Sevilla Avenue, Suite 200 | E-Mail: achotiner@sbwh.law |
| Coral Gables, Fl 33134 | *Counsel for Defendant GRI-EQY (Airpark Plaza) LLC* |
| Tel: (305) 553-3464 | |
| *Counsel for Plaintiff* | |

*s/David S. Abrams*
David S. Abrams, Esq.
E-Mail: dabrams@abramslaw.com
Abrams & Abrams, P.A.
9769 S. Dixie Hwy., Ste 203
Miami, Florida 33156
Tel: (305) 598-1880
Fax: (305) 598-1881
*Counsel for Defendants Casa Juan Restaurant, Inc. d/b/a Casa Juan Restaurant, and Mr Cachapa Midtown LLC d/b/a Sr. De Los Tacos Blue Lagoon*

---

[1] Ramon J. Diego and David S. Abrams have provided Adam S. Chotiner with express authority to jointly file this notice.

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or via email.

<u>s/ Adam S. Chotiner</u><br>
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Carlos Brito v. GRI-EQY (Airpark Plaza) LLC, et al.*
Case No. 1:25-cv-20479-JB
United States District Court, Southern District of Florida

| | |
|---|---|
| Ramon J. Diego, Esq.<br>E-Mail: rdiego@lawgmp.com<br>The Law Office of Ramon J. Diego, P.A.<br>5001 SW 74th Court, Suite 103<br>Miami, FL, 33155<br>Tel: (305) 350-3103<br>Counsel for Plaintiff<br>*Via CM-ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL 33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant GRI-EQY (Airpark Plaza) LLC<br>*Via CM/ECF* |
| Beverly Virues, Esq.<br>E-Mail: bvirues@lawgmp.com<br>Armando Mejias, Esq.<br>E-Mail: amejias@lawgmp.com<br>Garcia-Menocal P.L.<br>350 Sevilla Avenue, Suite 200<br>Coral Gables, Fl 33134<br>Tel: (305) 553-3464<br>Counsel for Plaintiff<br>*Via CM-ECF* | Daniel L. Leyton, Esq.<br>E-Mail: leyton@ktl-law.com<br>Kravitz, Talamo & Leyton<br>7600 West 20th Avenue; Suite 213<br>Hialeah, Florida 33016<br>Tel: (305) 558-5300<br>Fax: (305) 557-1934<br>Counsel for Defendant Subway 25904, Inc.<br>*Via CM/ECF* |

| | |
|---|---|
| Davd S. Abrams, Esq.<br>E-Mail: dabrams@abramslaw.com<br>Abrams & Abrams, P.A.<br>9769 S. Dixie Hwy., Ste 203<br>Miami, Florida 33156<br>Tel: (305) 598-1880<br>Fax: (305) 598-1881<br>Counsel for Defendant Mr. Cachapa Midtown LLC<br>*Via CM/ECF* | |