UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20479-JB

CARLOS BRITO,

    Plaintiff,

v.

GRI-EQY (AIRPARK PLAZA) LLC;
SUBWAY 25903 INC d/b/a SUBWAY;
CASA JUAN RESTAURANT, INC. d/b/a
CASA JUAN RESTAURANT; and
MR CACHAPA MIDTOWN LLC d/b/a
SR. DE LOS TACOS BLUE LAGOON,

    Defendants.

_____/

## ORDER REQUIRING STIPULATION OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement. ECF No. [21]. Upon due consideration of the Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, any party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 25th day of March, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**